# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-111-DCK

| | |
|---|---|
| **FREDRICK STEVEN BLACK,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MARK CORUM, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Wayne P. Huckel, filed a "Certification Of Mediation Session" (Document No. 15) notifying the Court that the parties reached a settlement on January 18, 2021. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 19, 2021**.

**SO ORDERED**.

Signed: January 22, 2021

David C. Keesler
United States Magistrate Judge